O

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11  THOMAS HALTERMAN,              )  Case No. SACV 12-01013 DDP (JCGx)
                                   )
12                   Plaintiff,    )
                                   )
13         v.                      )  **ORDER GRANTING DEFENDANTS' MOTION**
                                   )  **TO DISMISS**
14  BANK OF AMERICA N.A., a        )
    National Association;          )
15  MORTGAGE ELECTRONIC            )
    REGISTRATION SYSTEMS, INC.,    )
16  a Delaware corporation;        )
    WELLS FARGO BANK, NA, dba      )
17  AMERICA'S SERVICING COMPANY,   )  [Dkt. No. 7]
    a National Association, et     )
18  al.,                          )
                                   )
19                   Defendants.   )
    _____  )

20

21        Presently before the court is Defendants' Motion to Dismiss

22  Plaintiff's complaint.  Having considered the submissions of the

23  parties, the court grants the motion, with leave to amend.

24        Plaintiff brings thirteen causes of action related to his home

25  mortgage loan and efforts to foreclose upon his property.  In his

26  Opposition to Defendants' Motion to Dismiss, Plaintiff concedes

27  that several of his causes of action are inadequately pled, or

28  otherwise indicates a desire to amend without addressing

1    Defendants' arguments regarding dismissal.  Indeed, the only causes

2    of action Plaintiff argues are viable are for "promissory estoppel,

3    negligent misrepresentation, and [] the cluster of claims arising

4    out of the unlawful foreclosure sale." (Opp. at 8.)  This

5    statement is not entirely clear, as it does not appear that

6    Plaintiff's complaint includes causes of action for promissory

7    estoppel or negligent misrepresentation, and Plaintiff does not

8    identify which claims he considers part of foreclosure "cluster."

9       Nevertheless, given Plaintiff's acknowledgment of the

10   complaint's deficiencies, request for leave to amend, and stated

11   intent to abandon certain causes of action, Defendants' Motion is

12   GRANTED.  All claims are DISMISSED, with leave to amend.  Any

13   amended complaint shall be filed within fourteen days of the date

14   of this order.[1]

17   IT IS SO ORDERED.

20   Dated:March 28, 2013

21                                        DEAN D. PREGERSON
                                          United States District Judge

---

25         [1] To the extent that Plaintiff intends to retain allegations
26   regarding the securitization of his loan, the court cautions that
     courts have routinely held that borrowers who are not parties to
27   Pooling and Services Agreements do not have standing to challenge
     assignments made pursuant to those agreements.  See, e.g. Armeni v.
28   America's Wholesale Lender, No. CV 11-8537 CAS, 2012 WL 603242 at
     *3 (C.D. Cal. Feb. 24, 2012).