| | |
|---|---|
| 1  Jeffrey S. Gerardo #146508<br>    Steven M. Dailey #163857<br>2  KUTAK ROCK LLP<br>    Suite 1500<br>3  5 Park Plaza<br>    Irvine, CA  92614-8595<br>4  Telephone:  (949) 417-0999<br>    Facsimile:   (949) 417-5394<br>5  Email:       jeffrey.gerardo@kutakrock.com<br>    Email:       steven.dailey@kutakrock.com | CLOSED |

6

7  Attorneys for Defendants
    WELLS FARGO BANK, N.A., dba AMERICA'S
8  SERVICING COMPANY; BANK OF AMERICA
    NATIONAL ASSOCIATION AS SUCCESSOR BY
9  MERGER TO LASALLE BANK NATIONAL
    ASSOCIATION, AS TRUSTEE FOR MORGAN
10 STANLEY LOAN TRUST 2006-5AR [erroneously named
    as "BANK OF AMERICA N.A."]; and MORTGAGE
11 ELECTRONIC REGISTRATION SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS HALTERMAN, an individual;<br><br>                    Plaintiff,<br><br>         v.<br><br>BANK OF AMERICA N.A., a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; WELLS FARGO BANK, N.A., dba AMERICA'S SERVICING COMPANY, a National Association; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1 – 10, inclusive,<br><br>                    Defendants. | Case No.  SACV12-01013-DDP (JCGx)<br><br>Assigned to:<br>District Judge Dean D. Pregerson<br>Courtroom:  3<br><br>Assigned Discovery:<br>Magistrate Judge Jay C. Gandhi<br><br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br>Date Filed:        June 20, 2012 |

4821-6819-4067.1
14617-695

[PROPOSED] JUDGMENT OF DISMISSAL

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

1  On April 17, 2013, the Court entered an Order dismissing the action without prejudice for Plaintiff THOMAS HALTERMAN's failure to comply with the Orders of the Court.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, without prejudice, as to WELLS FARGO BANK, N.A., dba AMERICA'S SERVICING COMPANY, BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2006-5AR and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ["Lender Defendants"]and that a Judgment of Dismissal be entered in favor of Lender Defendants and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the Complaint against Lender Defendants, or any of them.

**SO ORDERED:**

Date: May 03, 2013

*[signature]*

**HONORABLE DEAN D. PREGERSON**
**U. S. DISTRICT JUDGE**

Respectfully submitted:
KUTAK ROCK LLP

By:  /s/ Steven M. Dailey
     Jeffrey S. Gerardo
     Steven M. Dailey
     Attorneys for Defendants
     WELLS FARGO BANK, N.A., dba AMERICA'S
     SERVICING COMPANY, BANK OF AMERICA
     NATIONAL ASSOCIATION AS SUCCESSOR
     BY MERGER TO LASALLE BANK NATIONAL
     ASSOCIATION, AS TRUSTEE FOR MORGAN
     STANLEY LOAN TRUST 2006-5AR, and
     MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4821-6819-4067.1
14617-695

- 2 -

[PROPOSED] JUDGMENT OF DISMISSAL