Case 8:12-cv-01013-DDP-JCG   Document 19   Filed 05/03/13   Page 1 of 2   Page ID #:213

Jeffrey S. Gerardo #146508  
Steven M. Dailey #163857  
KUTAK ROCK LLP  
Suite 1500  
5 Park Plaza  
Irvine, CA  92614-8595  
Telephone:  (949) 417-0999  
Facsimile:   (949) 417-5394  
Email:      jeffrey.gerardo@kutakrock.com  
Email:      steven.dailey@kutakrock.com  

**CLOSED**

Attorneys for Defendants  
WELLS FARGO BANK, N.A., dba AMERICA'S SERVICING COMPANY; BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY LOAN TRUST 2006-5AR [erroneously named as "BANK OF AMERICA N.A."]; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HALTERMAN, an individual;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA N.A., a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; WELLS FARGO BANK, N.A., dba AMERICA'S SERVICING COMPANY, a National Association; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1 – 10, inclusive,<br><br>　　　　　Defendants. | Case No.  SACV12-01013-DDP (JCGx)<br><br>Assigned to:<br>District Judge Dean D. Pregerson<br>Courtroom:  3<br><br>Assigned Discovery:<br>Magistrate Judge Jay C. Gandhi<br><br><br>**JUDGMENT OF DISMISSAL**<br><br><br><br>Date Filed:       June 20, 2012 |

4821-6819-4067.1  
14617-695

KUTAK ROCK LLP  
ATTORNEYS AT LAW  
IRVINE

[PROPOSED] JUDGMENT OF DISMISSAL

1  On April 17, 2013, the Court entered an Order dismissing the action without
2  prejudice for Plaintiff THOMAS HALTERMAN's failure to comply with the
3  Orders of the Court.

4  Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
5  the above-entitled action be, and hereby is dismissed, without prejudice, as to
6  WELLS FARGO BANK, N.A., dba AMERICA'S SERVICING COMPANY,
7  BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY
8  MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE
9  FOR MORGAN STANLEY LOAN TRUST 2006-5AR and MORTGAGE
10 ELECTRONIC REGISTRATION SYSTEMS, INC. ["Lender Defendants"]and that
11 a Judgment of Dismissal be entered in favor of Lender Defendants and against
12 Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the
13 Complaint against Lender Defendants, or any of them.

14 **SO ORDERED:**

16 Date: May 03, 2013

17 **HONORABLE DEAN D. PREGERSON**
   **U. S. DISTRICT JUDGE**

18 Respectfully submitted:
   KUTAK ROCK LLP

20 By: /s/ Steven M. Dailey
21 Jeffrey S. Gerardo
   Steven M. Dailey
22 Attorneys for Defendants
   WELLS FARGO BANK, N.A., dba AMERICA'S
23 SERVICING COMPANY, BANK OF AMERICA
24 NATIONAL ASSOCIATION AS SUCCESSOR
   BY MERGER TO LASALLE BANK NATIONAL
25 ASSOCIATION, AS TRUSTEE FOR MORGAN
26 STANLEY LOAN TRUST 2006-5AR, and
   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4821-6819-4067.1
14617-695

- 2 -

[PROPOSED] JUDGMENT OF DISMISSAL